# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL NAVARRO,

                              Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
JEFF CARSON, UNITED STATES
MARSHALS SERVICE, CORRECTIONS
CORPORATION OF AMERICA,
AND JOHN AND JANE DOES (I-V),

                              Defendants.

NO. 1:15-cv-00156-KG-KK

## ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT CORRECTIONS CORPORATION OF AMERICA *ONLY* WITH PREJUDICE

IT IS HEREBY ORDERED granting the Stipulation for Dismissal of Defendant Corrections Corporation of America *Only* With Prejudice (Doc. 28) in the above-entitled action and that Defendant Corrections Corporation of America be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Jacob B. Lee
CHRISTINA RETTS, NM Bar No. 132585
JACOB B. LEE, AZ Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel:  (480) 420-1600
Fax:  (480) 420-1696
cretts@swlfirm.com
jlee@swlfirm.com

3102621

DEBORAH D. WELLS
DEBRA J. MOULTON
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com
*Attorneys for Defendant Corrections Corporation of America*

Approved as to form:


/s/ Leon Howard (with permission)
LEON HOWARD
THE LAW OFFICE OF LUCERO & HOWARD, LLC
P.O. Box 25391
Albuquerque, NM 87125
Tel.: (505) 225-8778
Fax.: (505) 288-3473
*Attorney for Plaintiff*



/s/ Ruth F. Keegan (with permission)
RUTH F. KEEGAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Tel.: (505) 346-7274
Fax: (505) 346-7205
*Attorneys for Federal Bureau of Prisons, United States Marshals Service, and Jeff Carson*